Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115                    JS-6
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Erika D. Thomas

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ERIKA D. THOMAS, | )  Case No.: EDCV 10-00689 AN |
| Plaintiff, | )  ~~[PROPOSED]~~ ORDER OF |
| vs. | )  DISMISSAL (as modified by the court) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the parties' related Stipulation, the above captioned matter is dismissed ~~with~~ without prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.


DATED:  December 16, 2010          __/S/ ARTHUR NAKAZATO
                                   THE HONORABLE ARTHUR NAKAZATO
                                   UNITED STATES MAGISTRATE JUDGE